UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALCOLM E. MCLEOD,

    Plaintiff,

v.                             CASE NO: 8:04-cv-2373-T-23EAJ

JOANNE B. BARNHART,

    Defendant.
_____/

## **ORDER**

An April, 2005, order (Doc. 6) issued by U.S. Magistrate Judge Elizabeth A. Jenkins required the plaintiff to "show cause [within ten days] why this case should not be dismissed for failure to prosecute." The plaintiff fails to respond to the order (Doc. 6). Consequently, the case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the order (Doc. 6) to show cause. Local Rule 3.10. The Clerk is directed to terminate any pending motions and close the case.

ORDERED in Tampa, Florida, on July 27, 2005.

                                            STEVEN D. MERRYDAY
                                            UNITED STATES DISTRICT JUDGE

cc:     U.S. Magistrate Judge
          Courtroom Deputy